## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ACTION ATHLETIC EQUIPMENT, INC. | § | Case No. 14-25648-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 11, 2014. The undersigned trustee was appointed on July 11, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $            73,723.37

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 47,296.26 |
| Administrative expenses | 40.22 |
| Bank service fees | 146.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 26,239.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/20/2015 and the deadline for filing governmental claims was 01/07/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,936.17.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,936.17, for a total compensation of $9,936.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2015            By:/s/ILENE F. GOLDSTEIN _____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-25648-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** ACTION ATHLETIC EQUIPMENT, INC. | **Filed (f) or Converted (c):** 07/11/14 (f) |
| | **§341(a) Meeting Date:** 08/14/14 |
| **Period Ending:** 10/28/15 | **Claims Bar Date:** 03/20/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs)** | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1 | Location: 3144 21st Street, Zion IL 60099<br>  Imported from original petition Doc# 1<br>There is a question as to whether this is an asset of<br>the Debtor's Estate and/or maybe a fraudulent<br>conveyance.  (See Footnote) | 400,000.00 | 220,455.47 | | 0.00 | FA |
| 2 | First Midwest Bank - checking account<br>  Imported from original petition Doc# 1  (See<br>Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | PNC Bank - checking account<br>  Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 4 | Accounts receivable (Secures a loan with First M<br>  Imported from original petition Doc# 1 | 80,692.97 | 80,692.97 | | 71,223.37 | FA |
| 5 | Office equipment, furnishings & supplies<br>  Imported from original petition Doc# 1 | 725.00 | 725.00 | | 0.00 | FA |
| 6 | Equipment (see attached Exhibit A)<br>  Imported from original petition Doc# 1  (See<br>Footnote) | 18,450.00 | 18,450.00 | | 1,500.00 | FA |
| 7 | Inventory (see attached Exhibit A) (Secures a lo<br>  Imported from original petition Doc# 1  (See<br>Footnote) | 10,770.00 | 10,770.00 | | 0.00 | FA |
| **7** | **Assets**   **Totals** (Excluding unknown values) | **$541,637.97** | **$332,093.44** | | **$73,723.37** | **$0.00** |

RE PROP# 1      This property was owned by a different company.  The Trustee was required to participate in the sale
of this asset in order to relieve the Estate of a secured claim.

RE PROP# 2      This money was subject to a lien by First Midwest Bank and they subsequently received this money.

RE PROP# 6      The Trustee received an additional $60,000.00 for this equipment as well as the inventory listed
below pursuant to a sale of real property owned by another company and the personal property of the
Debtor.  Due to the secured creditor claim the additional $60,000.00 was disbursed to the secured
creditor at the closing.

RE PROP# 7      Along with the equipment listed above the Trustee received an additional $60,000.00 for this
inventory as well as the equipment pursuant to a sale of real property owned by another company and
the personal property of the Debtor.  Due to the secured creditor claim the additional $60,000.00
was disbursed to the secured creditor at the closing.

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 14-25648-ABG

Case Name: ACTION ATHLETIC EQUIPMENT, INC.

Period Ending: 10/28/15

Trustee: (330290)    ILENE F. GOLDSTEIN

Filed (f) or Converted (c): 07/11/14 (f)

§341(a) Meeting Date: 08/14/14

Claims Bar Date: 03/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

STATUS:  TRUSTEE HAS COLLECTED ALL OF THE ACCOUNT RECEIVABLES.  SHE IS ALSO CURRENTLY SELLING A PIECE OF PROPERTY.  SHE HAS RETAINED A BROKER.

Initial Projected Date Of Final Report (TFR):    March 30, 2016        Current Projected Date Of Final Report (TFR):    March 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-25648-ABG | |
| **Case Name:** ACTION ATHLETIC EQUIPMENT, INC. | |
| **Taxpayer ID #:** **-***9226 | |
| **Period Ending:** 10/28/15 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8466 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | | Action Atlhletic | Collection of Account Recievables | | 72,223.37 | | 72,223.37 |
| | {4} | | 71,223.37 | 1129-000 | | | 72,223.37 |
| | {3} | | 1,000.00 | 1129-000 | | | 72,223.37 |
| 12/22/14 | {6} | Fostek | Sale of personal property | 1129-000 | 1,500.00 | | 73,723.37 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 73,713.37 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 73,703.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.01 | 73,611.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.93 | 73,498.43 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-25648, Bond | 2300-000 | | 40.22 | 73,458.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.69 | 73,352.52 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.99 | 73,250.53 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.38 | 73,138.15 |
| 07/06/15 | 102 | Chicago Title Insurance Company | Cash to Close | 4210-000 | | 37,886.86 | 35,251.29 |
| 07/07/15 | 103 | Chicago Title Insurance Company | Cash to close | 4210-000 | | 9,409.40 | 25,841.89 |
| 07/09/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -475.00 | 26,316.89 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.58 | 26,280.31 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.32 | 26,239.99 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 73,723.37 | 47,483.38 | **$26,239.99** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 73,723.37 | 47,483.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$73,723.37** | **$47,483.38** | |

| | |
|---|---|
| Net Receipts : | 73,723.37 |
| Net Estate : | $73,723.37 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8466** | **73,723.37** | **47,483.38** | **26,239.99** |
| | **$73,723.37** | **$47,483.38** | **$26,239.99** |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 20, 2015

**Case Number:** 14-25648-ABG       Page: 1       **Date:** October 28, 2015
**Debtor Name:** ACTION ATHLETIC EQUIPMENT, INC.       **Time:** 12:17:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $9,936.17 | $0.00 | 9,936.17 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $9,625.00 | $0.00 | 9,625.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $77.60 | $0.00 | 77.60 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $4,180.00 | $0.00 | 4,180.00 |
| 8P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | History: Details8-106/18/2015Claim #8 filed by Illinois Department of Employment Security, Amount claimed: $2180.66 (Cruz, Lourdes )<br>---------------------------------------------------------------------* * * | $2,100.66 | $0.00 | 2,100.66 |
| 3<br>100 | First Midwest Bank<br>Kristopher A. Capadona,Capadona Law Firm, Ltd.,360 W. Butterfield Rd., Ste 3<br>Elmhurst, IL 60126 | Secured | History: Details3-110/28/2014Claim #3 filed by First Midwest Bank, Amount claimed: $164052.41 (Capadona, Kristopher )<br>---------------------------------------------------------------------* * *<br><br>Claim Withdrawn 10/28/2015. | $0.00 | $0.00 | 0.00 |
| 1<br>610 | United Parcel Service<br>c/o Receivable Management Services ("RMS<br>P.O. Box 4396<br>Timonium, MD 21094 | Unsecured | History: Details1-109/11/2014Claim #1 filed by United Parcel Service, Amount claimed: $584.93 (Franz, Michele )<br>---------------------------------------------------------------------* * * | $584.93 | $0.00 | 584.93 |
| 2<br>610 | FedEx Tech Connect Inc as Assignee<br>of FedEx Express/Ground/Freight/Office<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116 | Unsecured | History: Details2-110/09/2014Claim #2 filed by FedEx Tech Connect Inc as Assignee, Amount claimed: $1745.39 (Seligstein, William )<br>---------------------------------------------------------------------* * * | $1,745.39 | $0.00 | 1,745.39 |
| 4<br>610 | Old Damian Freight Line<br>500 Old Damian Way<br>Thomasville, NC 27360 | Unsecured | History: Details4-101/14/2015Claim #4 filed by Old Daminian Freight Line, Amount claimed: $4760.15 (Huley, Linda )<br>---------------------------------------------------------------------* * * | $4,760.15 | $0.00 | 4,760.15 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 20, 2015

**Case Number:** 14-25648-ABG        Page:  2        **Date:** October 28, 2015
**Debtor Name:** ACTION ATHLETIC EQUIPMENT, INC.        **Time:** 12:17:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | Airgas USA<br>6055 Rockside Woods Blvd.<br>Independence, OH 44131 | Unsecured | | $597.48 | $0.00 | 597.48 |
| | | | History: Details5-102/03/2015Claim #5 filed by Airgas USA, Amount claimed:<br>$597.48 (Huley, Linda )<br>-----------------------------------------------------------------------------* * * | | | |
| 6<br>610 | Integrys Energy Services<br>Natural Gas LLC<br>20 N. Wacker Dr., Ste 2100<br>Chicago, IL 60606 | Unsecured | | $11,170.76 | $0.00 | 11,170.76 |
| | | | History: Details6-102/09/2015Claim #6 filed by Integrys Energy Services, Amount<br>claimed: $11170.76 (Huley, Linda )<br>-----------------------------------------------------------------------------* * * | | | |
| 7<br>610 | Illinois Bell Telephone Company<br>% AT&T Services, Inc.,Karen Cavagnaro,<br>Lead Paralegal,One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Unsecured | | $744.19 | $0.00 | 744.19 |
| | | | History: Details7-103/19/2015Claim #7 filed by Illinois Bell Telephone Company,<br>Amount claimed: $744.19 (Moore, Elizabeth )<br>-----------------------------------------------------------------------------* * * | | | |
| 8U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $80.00 | $0.00 | 80.00 |
| | | | History: Details8-106/18/2015Claim #8 filed by Illinois Department of Employment<br>Security, Amount claimed: $2180.66 (Cruz, Lourdes )<br>-----------------------------------------------------------------------------* * * | | | |
| << Totals >> | | | | 45,602.33 | 0.00 | 45,602.33 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-25648-ABG
Case Name: ACTION ATHLETIC EQUIPMENT, INC.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                                  $          26,239.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | First Midwest Bank | 164,052.41 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $              0.00
Remaining balance:                          $          26,239.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,936.17 | 0.00 | 9,936.17 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 9,625.00 | 0.00 | 9,625.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 77.60 | 0.00 | 77.60 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 4,180.00 | 0.00 | 4,180.00 |

Total to be paid for chapter 7 administration expenses:     $          23,818.77
Remaining balance:                                           $           2,421.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $              0.00
Remaining balance:                                              $           2,421.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,100.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| 8P | Illinois Department of Employment Security | 2,100.66 | 0.00 | 2,100.66 |

| | |
|---|---|
| Total to be paid for priority claims: | $    2,100.66 |
| Remaining balance: | $      320.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,682.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| 1 | United Parcel Service | 584.93 | 0.00 | 9.53 |
| 2 | FedEx Tech Connect Inc as Assignee | 1,745.39 | 0.00 | 28.43 |
| 4 | Old Daminian Freight Line | 4,760.15 | 0.00 | 77.52 |
| 5 | Airgas USA | 597.48 | 0.00 | 9.73 |
| 6 | Integrys Energy Services | 11,170.76 | 0.00 | 181.93 |
| 7 | Illinois Bell Telephone Company | 744.19 | 0.00 | 12.12 |
| 8U | Illinois Department of Employment Security | 80.00 | 0.00 | 1.30 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $      320.56 |
| Remaining balance: | $        0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None |

| | | | | |
|---|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | | $ | | 0.00 |
| Remaining balance: | | $ | | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None |

| | | | | |
|---|---|---|---|---|
| Total to be paid for subordinated claims: | | $ | | 0.00 |
| Remaining balance: | | $ | | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**