# N THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-25648 |
| | ) | |
| Action Athletic Equipment, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HOWARD GAMER AND PBG FINANCIAL SERVICES LTD., ACCOUNTANTS FOR THE TRUSTEE**

Howard Gamer and PBG Financial Services Ltd., accountants for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Howard Gamer and PBG Financial Services Ltd. an award of $4,180.00 as final compensation for 21.60 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 during the period January 23, 2015 through September 30, 2015.  In support of its application, Howard Gamer and PBG Financial Services Ltd., respectfully states as follows:

**BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS**

On July 11, 2014, a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed by the Debtors ("Code").

**RETENTION OF PBG FINANCIAL SERVICES LTD.**

1.  On March 13, 2015 retroactively to January 23, 2015, this Court entered an Order granting the Trustee's Motion to Employ Howard Gamer and PBG Financial Services Ltd., as Accountants for the Estate. A copy of said Order is available on the Court's docket.

**ALL SERVICES PERFORMED BY HOWARD GAMER AND PBG FINANCIAL SERVICES LTD. WERE REASONABLE AND NECESSARY**

2. Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Howard Gamer's services are compensable and the compensation requested is fair and reasonable. All the accounting services performed by PBG Financial Services Ltd., to date were authorized by this Court and were performed by PBG at the request or direction of the Trustee. There has been no duplication of services by Howard Gamer and PBG Financial Services Ltd., professionals for which compensation is requested herein.

3. An itemized and detailed description of the specific services rendered to the Trustee by Howard Gamer and PBG Financial Services Ltd., are reflected on the billing statement attached hereto as Exhibit A. The billing statement sets forth the initials of the professional and the amount of time spent rendering each service, the day on which such service was rendered and a description of the nature of the services rendered.

**NATURE OF SERVICES PERFORMED BY HOWARD GAMER AND**

**PBG FINANCIAL SERVICES LTD.**

Howard Gamer and PBG Financial Services Ltd., reviewed all the documents concerning the Debtor's transactions and the Trustees administration of the Bankruptcy Estate in two distinct areas requested by the Trustee. The Trustee when appointed reviewed the schedules which indicated an ownership interest in a substantial piece of Real Estate. There was a secured creditor who was cross collateralized on the assets of the Corporation and the Real Estate. In the course of analyzing issues in the sale of the Real Estate it was determined from review of

documentation that the Real Estate was owned by a different company. The Trustee was considering a fraudulent conveyance action against the other company however needed to determine what the possible income tax consequences might be. The accountants analyzed whether or not there was or would be an appreciable benefit to the Estate to bring the property back into the Estate. They further analyzed the sale of the Property in the second corporation to determine the best way to proceed. Secondly the accountants did the necessary work to prepare the required tax returns Bankruptcy.

In connection with the above services, Howard Gamer and PBG Financial Services Ltd., expended 21.60 hours, for which it seeks compensation in the total amount of $4,180.00 as final compensation for accounting services rendered and reimbursement of expenses in the amount of $0.00. Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| H. Gamer | 10.80 | $200.00 | $2,160.00 |
| D. Horwitz | 8.80 | $200.00 | $1,760.00 |
| K. Morgen | 1.00 | $200.00 | $ 200.00 |
| S. Levina | 1.00 | $ 60.00 | $ 60.00 |
| | | Total: | $4,180.00 |
| | | Expense: | $ 0.00 |
| | | Total: | $4,180.00 |

**CONCLUSION**

4. The rates charged by Howard Gamer and PBG Financial Services Ltd., in this fee application are its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

5. Howard Gamer and PBG Financial Services Ltd., has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by PBG for services rendered to the Trustee in this case.

6. More than 120 days has elapsed since the commencement of this case and PBG Financial Services Ltd., has not filed any prior applications for compensation or reimbursement of expenses. Accordingly, pursuant to §330 of the Code, PBG Financial Services Ltd., may represent this application for final compensation.

WHEREFORE, Howard Gamer and PBG Financial Services Ltd., requests the entry of an order:

A. Allowing and directing payment to PBG Financial Services Ltd., final compensation in the amount of $4,180.00 as final compensation for 21.60 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 for the actual, necessary and valuable professional services rendered to the Trustee during the period of January 23, 2015 through September 30, 2015.

B. For such other and further relief as this Court deems appropriate.

    Respectfully submitted by
    Ilene F. Goldstein

    By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595