**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   ACTION ATHLETIC EQUIPMENT, §   Case No. 14-25648
         INC.                        §
                                     §
Debtor(s)                            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **1/29/2016 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/18/2015</u>       By:   /s/ Ilene F. Goldstein
                                           Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ACTION ATHLETIC EQUIPMENT, INC.    § Case No. 14-25648
                                          §
                                          §
Debtor(s)                                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 73,723.37 * |
| *and approved disbursements of* | $ 47,483.38 |
| *leaving a balance on hand of* [1] | $ 26,239.99 |
| **Balance on hand:** | $ 26,239.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | First Midwest Bank | 164,052.41 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 26,239.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,936.17 | 0.00 | 9,936.17 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 9,625.00 | 0.00 | 9,625.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 77.60 | 0.00 | 77.60 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 4,180.00 | 0.00 | 4,180.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 23,818.77 |
| Remaining balance: | $ 2,421.22 |

```
     * The Trustee received an additional $60,000.00 for the sale of personal
property which was disbursed straight out of closing and therefore is not
reflected in the funds received.
```

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,421.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,100.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Illinois Department of Employment Security | 2,100.66 | 0.00 | 2,100.66 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,100.66 |
| Remaining balance: | $ | 320.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,682.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Parcel Service | 584.93 | 0.00 | 9.53 |
| 2 | FedEx Tech Connect Inc as Assignee | 1,745.39 | 0.00 | 28.43 |
| 4 | Old Daminian Freight Line | 4,760.15 | 0.00 | 77.52 |
| 5 | Airgas USA | 597.48 | 0.00 | 9.73 |
| 6 | Integrys Energy Services | 11,170.76 | 0.00 | 181.93 |
| 7 | Illinois Bell Telephone Company | 744.19 | 0.00 | 12.12 |
| 8U | Illinois Department of Employment Security | 80.00 | 0.00 | 1.30 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 320.56 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  **$**       0.00
Remaining balance:  **$**       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**       0.00
Remaining balance:  **$**       0.00


Prepared By:  /s/ILENE F. GOLDSTEIN


ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 14-25648-ABG
Action Athletic Equipment, Inc.                                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: lhuley            Page 1 of 2            Date Rcvd: Dec 30, 2015
                               Form ID: pdf006         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2016.
```
db         +Action Athletic Equipment, Inc.,    3144 21st Street,    Zion, IL 60099-1491
aty        +Adam M Hecht,   The Law Offices of Adam M. Hecht P.C.,    707 Skokie Boulevard,   Suite 600,
             Northbrook, IL 60062-2841
22152877   +AT&T,   Bankruptcy Dept,    6021 S. Rio Grande Ave., 1st Floor,   Orlando, FL 32809-4613
22152875   +Airgas USA,   6055 Rockside Woods Blvd.,    Independence, OH 44131-2301
22152876   +Alarm Detection Services,   1111 Church Rd.,    Aurora, IL 60505-1905
22152880   +Capadona Law Firm, Ltd.,    360 W. Butterfield Road, Suite 300,    Elmhurst, IL 60126-5040
22152881    Chase,   PO Box 15153,    Wilmington, DE 19850-5153
22152884   +Davis Athletic Equipment Company,    5021 W. 66th Street,    Bedford Park, IL 60638-6403
22152885   +EMCO Chemical Distributors,    97743 Eagle Way,    Chicago, IL 60678-0001
22152886    FedEx Freight,   Dept. CH,    P.O. Box 10306,   Palatine, IL 60055-0306
22500465   +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight/Office,
             3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
22152887   +First Midwest Bank,   Kristopher A. Capadona,    Capadona Law Firm, Ltd.,
             360 W. Butterfield Rd., Ste 300,    Elmhurst, IL 60126-5040
22152889   +Flexabar Corporation,    1969 Rutgers University Blvd.,    Lakewood, NJ 08701-4538
22152890   +Fostek Corporation,   1001 Broad St.,    Bedford, VA 24523-2231
22152891   +Granite City High School,    3101 Madison Ave.,    Granite City, IL 62040-3684
22152892    Illinois Department of Revenue,    Collection Enforcement,    P.O.Box 641155,
             Chicago, IL 60664-1155
22152894   +Integrys Energy,   P.O. Box 3145,    Milwaukee, WI 53201-3145
22910325   +Integrys Energy Services,    Natural Gas LLC,   20 N. Wacker Dr., Ste 2100,
             Chicago, IL 60606-3002
22152897    L A Chemical Ltd.,   2405 Gardner Rd.,    Broadview, IL 60155
22152899   +M & S Sports Marketing,    768 Huntington Dr.,   Lake Zurich, IL 60047-2788
22152900    Old Dominion FreightLine,    14933 Collection Center Dr.,    Chicago, IL 60693-4933
22152901   +Penske Truck Leasing,    P.O. Box 802577,   Chicago, IL 60680-2577
22152902   +SA Nursery Landscaping,    3287 Susan Circle N,   Park City, IL 60085-6051
22152903   +UPS,   UPS Lock Box 577,    Carol Stream, IL 60132-0577
22152904    URS,   P.O. Box 116183,    Atlanta, GA 30368-6183
22376363   +United Parcel Service,    c/o Receivable Management Services ("RMS,    P.O. Box 4396,
             Timonium, MD 21094-4396
22152905   +Value Vinyls,   301 E. Trinity Blvd.,,    Grand Prairie, TX 75050-8047
22152906   +WorldWide Express,   130 S. Bemiston Ave., Suite 400,    Saint Louis, MO 63105-1913
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22152878       +E-mail/Text: g17768@att.com Dec 31 2015 00:37:55     AT&T,   P.O.Box 5080,
                Carol Stream, IL 60197-5080
22152882       +E-mail/Text: legalcollections@comed.com Dec 31 2015 00:50:43      Commonwealth Edison,
                PO Box 6111,   Carol Stream, IL 60197-6111
22152883       +E-mail/Text: legalcollections@comed.com Dec 31 2015 00:50:43      Commonwealth Edison Company,
                Legal Revenue Recovery/Claims Dept,   Three Lincoln Center,    Oakbrook Terrace, IL 60181-4204
22152888       +E-mail/Text: fmb.bankruptcy@firstmidwest.com Dec 31 2015 00:49:42      First Midwest Bank,
                300 N. Hunt Club Rd.,   Gurnee, IL 60031-2502
22152895        E-mail/Text: cio.bncmail@irs.gov Dec 31 2015 00:38:13     Internal Revenue Service,
                230 S. Dearborn Street,   Mail Stop 5000 CHI, Room 3022,    Chicago, IL 60604
23068304       +E-mail/Text: g17768@att.com Dec 31 2015 00:37:55     Illinois Bell Telephone Company,
                % AT&T Services, Inc.,   Karen Cavagnaro, Lead Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
23406210       +E-mail/Text: des.claimantbankruptcy@illinois.gov Dec 31 2015 00:50:55
                Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
22152893        E-mail/Text: rev.bankruptcy@illinois.gov Dec 31 2015 00:38:55
                Illinois Department of Revenue,   Bankruptcy Section,    P.O.Box 64338,
                Chicago, IL 60664-0338
22152898       +E-mail/Text: sdvorak@lakecountyil.gov Dec 31 2015 00:37:40     Lake County Treasurer,
                18 N. County St.,   Waukegan, IL 60085-4361
22821448       +Fax: 336-822-5007 Dec 31 2015 00:56:39     Old Daminian Freight Line,    500 Old Daminian Way,
                Thomasville, NC 27360-8923
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22152896*       Internal Revenue Service,   Insolvency Division,    PO Box 7346,   Philadelphia, PA 19101-7346
22152879      ##+Athletic Dealers of America,   1395 Highland Ave.,    Melbourne, FL 32935-6518
                                                                                   TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lhuley               Page 2 of 2                  Date Rcvd: Dec 30, 2015
                              Form ID: pdf006            Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2015 at the address(es) listed below:
              Ilene F Goldstein, ESQ   on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,  IL35@ecfcbis.com
              Ilene F Goldstein, ESQ   on behalf of Attorney Ilene F. Goldstein ifgcourt@aol.com,
               IL35@ecfcbis.com
              Kristopher A Capadona   on behalf of Creditor   First Midwest Bank kac@capadonalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Xiaoming Wu   on behalf of Debtor 1   Action Athletic Equipment, Inc. notice@billbusters.com,
               billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
                                                                                           TOTAL: 6
```