# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ACTION ATHLETIC EQUIPMENT, INC.  § Case No. 14-25648
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $441,495.00        Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $49,717.48       Claims Discharged
                                                  Without Payment: $19,362.34

Total Expenses of Administration: $24,005.89

---

3) Total gross receipts of $ 73,723.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $73,723.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $211,348.67 | $47,296.26 | $47,296.26 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,005.89 | 24,005.89 | 24,005.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,100.66 | 2,100.66 | 2,100.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,682.90 | 19,682.90 | 320.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $257,138.12 | $93,085.71 | $73,723.37 |

4) This case was originally filed under Chapter 7 on July 11, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2016        By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PNC Bank - checking account | 1129-000 | 1,000.00 |
| Accounts receivable (Secures a loan with First M | 1129-000 | 71,223.37 |
| Equipment (see attached Exhibit A) | 1129-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$73,723.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | First Midwest Bank | 4110-000 | N/A | 164,052.41 | 0.00 | 0.00 |
|   | Chicago Title Insurance Company | 4210-000 | N/A | 37,886.86 | 37,886.86 | 37,886.86 |
|   | Chicago Title Insurance Company | 4210-000 | N/A | 9,409.40 | 9,409.40 | 9,409.40 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$211,348.67** | **$47,296.26** | **$47,296.26** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 9,936.17 | 9,936.17 | 9,936.17 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 9,625.00 | 9,625.00 | 9,625.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 77.60 | 77.60 | 77.60 |
| PBG Financial Services Inc | 3410-000 | N/A | 4,180.00 | 4,180.00 | 4,180.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 50.00 | 50.00 | 50.00 |
| Arthur B. Levine Company | 2300-000 | N/A | 40.22 | 40.22 | 40.22 |
| Rabobank, N.A. | 2600-000 | N/A | 36.58 | 36.58 | 36.58 |
| Rabobank, N.A. | 2600-000 | N/A | 40.32 | 40.32 | 40.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,005.89 | $24,005.89 | $24,005.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Illinois Department of Employment Security | 5800-000 | N/A | 2,100.66 | 2,100.66 | 2,100.66 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,100.66 | $2,100.66 | $2,100.66 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United Parcel Service | 7100-000 | N/A | 584.93 | 584.93 | 9.53 |
| 2 | FedEx Tech Connect Inc as Assignee | 7100-000 | N/A | 1,745.39 | 1,745.39 | 28.43 |
| 4 | Old Daminian Freight Line | 7100-000 | N/A | 4,760.15 | 4,760.15 | 77.52 |
| 5 | Airgas USA | 7100-000 | N/A | 597.48 | 597.48 | 9.73 |
| 6 | Integrys Energy Services | 7100-000 | N/A | 11,170.76 | 11,170.76 | 181.93 |
| 7 | Illinois Bell Telephone Company | 7100-000 | N/A | 744.19 | 744.19 | 12.12 |
| 8U | Illinois Department of Employment Security | 7100-000 | N/A | 80.00 | 80.00 | 1.30 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $19,682.90 | $19,682.90 | $320.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25648  
**Case Name:** ACTION ATHLETIC EQUIPMENT, INC.

**Period Ending:** 10/19/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/11/14 (f)  
**§341(a) Meeting Date:** 08/14/14  
**Claims Bar Date:** 03/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 3144 21st Street, Zion IL 60099  Imported from original petition Doc# 1  There is a question as to whether this is an asset of the Debtor's Estate and/or maybe a fraudulent conveyance. (See Footnote) | 400,000.00 | 220,455.47 | | 0.00 | FA |
| 2 | First Midwest Bank - checking account  Imported from original petition Doc# 1 (See Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | PNC Bank - checking account  Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 4 | Accounts receivable (Secures a loan with First M  Imported from original petition Doc# 1 | 80,692.97 | 80,692.97 | | 71,223.37 | FA |
| 5 | Office equipment, furnishings & supplies  Imported from original petition Doc# 1 | 725.00 | 725.00 | | 0.00 | FA |
| 6 | Equipment (see attached Exhibit A)  Imported from original petition Doc# 1 (See Footnote) | 18,450.00 | 18,450.00 | | 1,500.00 | FA |
| 7 | Inventory (see attached Exhibit A) (Secures a lo  Imported from original petition Doc# 1 (See Footnote) | 10,770.00 | 10,770.00 | | 0.00 | FA |
| 7 Assets | **Totals** (Excluding unknown values) | **$541,637.97** | **$332,093.44** | | **$73,723.37** | **$0.00** |

RE PROP# 1    This property was owned by a different company. The Trustee was required to participate in the sale of this asset in order to relieve the Estate of a secured claim.

RE PROP# 2    This money was subject to a lien by First Midwest Bank and they subsequently received this money.

RE PROP# 6    The Trustee received an additional $60,000.00 for this equipment as well as the inventory listed below pursuant to a sale of real property owned by another company and the personal property of the Debtor. Due to the secured creditor claim the additional $60,000.00 was disbursed to the secured creditor at the closing.

RE PROP# 7    Along with the equipment listed above the Trustee received an additional $60,000.00 for this inventory as well as the equipment pursuant to a sale of real property owned by another company and the personal property of the Debtor. Due to the secured creditor claim the additional $60,000.00 was disbursed to the secured creditor at the closing.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25648  
**Case Name:** ACTION ATHLETIC EQUIPMENT, INC.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/11/14 (f)  
**§341(a) Meeting Date:** 08/14/14

**Period Ending:** 10/19/16

**Claims Bar Date:** 03/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SENT HER FINAL REPORT TO THE UST ON OCTOBER 28, 2015. THE REPORT WAS FILED ON DECEMBER 29, 2015. THE TRUSTEE HAS SET THE FINAL HEARING ON THE FIRST AVAILABLE DATE BEFORE JUDGE GOLDGAR WHICH IS JANUARY 29, 2016.

**Initial Projected Date Of Final Report (TFR):** March 30, 2016          **Current Projected Date Of Final Report (TFR):** December 29, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-25648  
**Case Name:** ACTION ATHLETIC EQUIPMENT, INC.  
**Taxpayer ID #:** **-***9226  
**Period Ending:** 10/19/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | | Action Atlhletic | Collection of Account Recievables | | 72,223.37 | | 72,223.37 |
| | {4} | | 71,223.37 | 1129-000 | | | 72,223.37 |
| | {3} | | 1,000.00 | 1129-000 | | | 72,223.37 |
| 12/22/14 | {6} | Fostek | Sale of personal property | 1129-000 | 1,500.00 | | 73,723.37 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 73,713.37 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 73,703.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.01 | 73,611.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.93 | 73,498.43 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-25648, Bond | 2300-000 | | 40.22 | 73,458.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.69 | 73,352.52 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.99 | 73,250.53 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.38 | 73,138.15 |
| 07/06/15 | 102 | Chicago Title Insurance Company | Cash to Close | 4210-000 | | 37,886.86 | 35,251.29 |
| 07/07/15 | 103 | Chicago Title Insurance Company | Cash to close | 4210-000 | | 9,409.40 | 25,841.89 |
| 07/09/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -475.00 | 26,316.89 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.58 | 26,280.31 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.32 | 26,239.99 |
| 02/01/16 | 104 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $9,936.17, Trustee Compensation; Reference: | 2100-000 | | 9,936.17 | 16,303.82 |
| 02/01/16 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $9,625.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,625.00 | 6,678.82 |
| 02/01/16 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $77.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 77.60 | 6,601.22 |
| 02/01/16 | 107 | PBG Financial Services Inc | Dividend paid 100.00% on $4,180.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,180.00 | 2,421.22 |
| 02/01/16 | 108 | Illinois Department of Employment Security | Dividend paid 100.00% on $2,100.66; Claim# 8P; Filed: $2,100.66; Reference: | 5800-000 | | 2,100.66 | 320.56 |
| 02/01/16 | 109 | United Parcel Service | Dividend paid 1.62% on $584.93; Claim# 1; Filed: $584.93; Reference: | 7100-000 | | 9.53 | 311.03 |
| 02/01/16 | 110 | FedEx Tech Connect Inc as Assignee | Dividend paid 1.62% on $1,745.39; Claim# 2; Filed: $1,745.39; Reference: | 7100-000 | | 28.43 | 282.60 |
| 02/01/16 | 111 | Old Daminian Freight Line | Dividend paid 1.62% on $4,760.15; Claim# 4; Filed: $4,760.15; Reference: | 7100-000 | | 77.52 | 205.08 |
| 02/01/16 | 112 | Airgas USA | Dividend paid 1.62% on $597.48; Claim# 5; | 7100-000 | | 9.73 | 195.35 |

Subtotals : $73,723.37  $73,528.02

{} Asset reference(s)  
Printed: 10/19/2016 11:34 AM   V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-25648  
**Case Name:** ACTION ATHLETIC EQUIPMENT, INC.  
**Taxpayer ID #:** **-***9226  
**Period Ending:** 10/19/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $597.48; Reference: | | | | |
| 02/01/16 | 113 | Integrys Energy Services | Dividend paid 1.62% on $11,170.76; Claim# 6; Filed: $11,170.76; Reference: | 7100-000 | | 181.93 | 13.42 |
| 02/01/16 | 114 | Illinois Bell Telephone Company | Dividend paid 1.62% on $744.19; Claim# 7; Filed: $744.19; Reference: | 7100-000 | | 12.12 | 1.30 |
| 02/01/16 | 115 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 73,723.37 | 73,723.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 73,723.37 | 73,723.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $73,723.37 | $73,723.37 | |

Net Receipts : 73,723.37  
Net Estate : $73,723.37

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8466** | 73,723.37 | 73,723.37 | 0.00 |
| | $73,723.37 | $73,723.37 | $0.00 |

{} Asset reference(s)